## PHILLIPS *v.* SHELTON.

A party has no right of appeal from the district to the supreme court, until some question to which he was a party has been adjudicated by the district court.

Where in an action for the specific performance of a contract to convey real estate, one S. filed a statement that he was a creditor of the respondent, and had attached the land claimed by complainant, which statement was not sworn to; and where there was nothing in the transcript to show that S. was made a party to the suit, or that any steps were taken by him further than to file said statement, except to appeal from the decree rendered in favor of complainant; *Held,* That the appeal must be dismissed.

*Appeal from the Polk District Court.*

WEDNESDAY, OCTOBER 13.

SPECIFIC PERFORMANCE. In the district court, one Smith

filed a statement that he was a creditor of the respondent, and had attached the land claimed by complainant. This statement was not sworn to. There is nothing to show that Smith was made a party, nor that any steps were taken by him, farther than to file said statement. Decree for complainant, and Smith appeals.

*Williamson & Nourse*, for the appellant.

*Brown & Ellwood*, for the appellees.

WRIGHT, C. J.—This appeal must be dismissed. Smith was never made a party to the proceedings in the court below, nor is there sufficient to show, that he has any such interest in the litigation as entitles him to be heard in this court. If the district court had determined that he could not be made a party, he might have asked us to re-examine that question. But until some question has been adjudicated, to which he was a party, he has no right to appeal. His remedy, if any he has, lies in another direction.

Appeal dismissed, and judgment affirmed.